# Amalia Rodriguez-Mendoza
## Travis County District Clerk
**Travis County Courthouse Complex**
**P.O. Box 1748**
**Austin, Texas 78767**



Received via e-mail 2/25/15

February 24, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. BOX 12547
Austin, Texas 78711-2547

Dear Mr. Kyle;

Re:  D-1-GN-14-000908

A clerk's record in cause number MAURIE LEVIN, NAOMI TERR, AND HILARY SHEARD VS TEXAS DEPARTMENT OF CRIMINAL JUSTICE, was due in your office on February 9, 2015 and payment was received in our office on February 18, 2015; therefore I will need to request an extension to file the record with your office.

If you have any question please contact me at (512) 854-5880.


Thank you,

Sincerely,

Patsy Ybarra
Deputy Court Clerk,
(512) 854-5880

cc: Court file

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
| --- | --- | --- | --- |
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax:  854-4744 | fax:  854-9549 | fax:  854-4566 | fax:  854-4457 |